ATTACHMENT A



Attachment A to Williams Affidavit - Page 1 of 4

> **You dirtbag traitor motherfucker, com...**
>
> You dirtbag traitor motherfucker, comma I need your pussy ass to call me back before I have your fucking career. The meets not delayed this week and there are some things you can do for me since you work so hard to fuck me over to make sure the right person gets arrested for the felony she committed on your base the one that you were sworn you know to protect and uphold you know your vows balls your obligations and the 1 you instead to just let go to rehab and then mislead the local police or maybe that knew who knows I still have to track down those motherfuckers cause I tell you what you weren't rude at all you were just a goddamn lion coward bitch you couldn't look me in the eyes but I'm used to that I mean you've said a lot you know you don't mess up with Hickman or bomb holes running around coal could always look me in the eye did you know hes my godfather general Cole you probably didn't know that did you what the fuck made you think is a 19 year old charging I ripped your goddamn commander   Those are the type of tears that don't dry Because those kids are innocent. Just like I was when I returned from Christmas and got arrested for

.ıl Verizon 🛜                 6:11 PM

< **You dirtbag traitor motherfucker, com...**

returned from Christmas and got arrested for the most heinous thing on Earth, you didn't know this but that's the same thing I thought against my whole life since my mother was raped to entire childhood by her father and other people toother people too. My life has been about protecting women acting women I broke the rules of engagement a million times pulling my blood in 92 on a headmaster's fucking skull after I found out he stole the girl's laptop at the month of May school and told them out loud that they were inferior and incapable of understanding it and then I'm gonna give him 3 days to bring it back and you know I almost hoped they didn't because every time they didn't I would find out where their mothers and cousins lived and I would take my M1A1 Abrams platoon full of bradleys and wastness they're called hunter killer teams you can look him up on fucking YouTube since you've only seen him in a fucking museum, but we would just  High speed, you might want to put a workord around on your physical security and your electronic countermeasures boundary measures for static withdrawal. Do you know what that is? You might need to Google that

**You dirtbag traitor motherfucker, com...**

just High speed, you might want to put a workord around on your physical security and your electronic countermeasures boundary measures for static withdrawal. Do you know what that is? You might need to Google that too but why you're a cock you should know what that means. The other thing I need is those motherfuckers that picked me up at the airport to keep acting like they were federal police but they weren't they took me to Shreveport jail up in some dark room acting like it was gonna scare me and I thought in there about just kicking the fuck at every one of them and walking out cause I could have but I like facing responsibility and I wanted to get to the bottom of this cause I'm feeling you're involved you never returned any of my voicemails me my voicemails. I called over and over and over again I've got to go record it's all recorded every bit of it all of your phone calls all of your messages to all the other agents everything with Christie every lie Utah every lie you told I don't know how you're going to come out of this unless you pull off something When I say you could not be more fucked you could literally not be more fucked