IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:22-mj-00005-01 |
| | * | |
| VERSUS | * | **FILED UNDER SEAL** |
| | * | |
| DANIEL W. PRIME | * | MAGISTRATE JUDGE HORNSBY |

## UNITED STATES' MOTION TO UNSEAL COMPLAINT

NOW INTO COURT, comes the United States of America, through the United States Attorney for the Western District of Louisiana and the undersigned Assistant United States Attorney, and respectfully represents as follows:

On January 7, 2022, this Court issued a Complaint against the defendant, Daniel W. Prime, for one count of influencing, impeding, or retaliating against a federal official, in violation of Title 18, United States Code, Section 115(a)(1)(B). Magistrate Judge Mark L. Hornsby signed an order sealing the Complaint. The defendant is now in custody and the United States wishes to unseal the Complaint.

WHEREFORE, the United States respectfully moves for an Order unsealing the Complaint pending in the above-captioned matter.

Respectfully Submitted,

BRANDON B. BROWN
United States Attorney

By:     /s/ Mike Shannon
MIKE SHANNON (BBO No. 685456)
Assistant United States Attorney