IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:22-mj-00005-01 |
| | * | |
| VERSUS | * | **FILED UNDER SEAL** |
| | * | |
| DANIEL W. PRIME | * | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Having considered the UNITED STATES' MOTION TO UNSEAL COMPLAINT, the motion is hereby:

    __X__ GRANTED

    _____ DENIED

THUS DONE AND SIGNED this 13th day of January, 2022.

HON. MARK L. HORNSBY
United States Magistrate Judge